STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (221000)
HAYES, DAVIS, BONINO, ELLINGSON,
McLAY & SCOTT
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

DANIEL D. ZEGURA - Georgia Bar No. 784822
(admission *pro hac vice* pending)
CHRISTOPHER M. GOLDEN - Georgia Bar No. 299539
(admission *pro hac vice* pending)
KERRI A. GILDOW (SBN 217859)
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224

GRANTED

Judge James Ware

3/2/2007

Attorneys for Plaintiff
Baan USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| BAAN USA, INC. | Case No. C07-01134 JW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| AMANCO HOLDING, INC., THE PLYCEM COMPANY INC.; and; NUEVA HOLDING INC. Defendant. | |

      NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

/ / /

/ / /

/ / /

131711           - 1 -

1  Dated: March 1, 2007                    Respectfully submitted,

2

3

4                                          STEPHEN M. HAYES
                                           STEPHEN P. ELLINGSON
                                           JAMIE A. RADACK
5                                          HAYES, DAVIS, BONINO, ELLINGSON, MCLAY
                                           & SCOTT LLP
6

7                                          DANIEL D. ZEGURA
                                           (admission *pro hac vice* pending)
8                                          CHRISTOPHER M. GOLDEN
                                           (admission *pro hac vice* pending)
9                                          KERRI A. GILDOW
                                           ROGERS & HARDIN LLP
10

11                                         Attorneys for Defendant Baan USA, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

131711                        - 2 -