STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
JAMIE A. RADACK (221000)
HAYES, DAVIS, BONINO, ELLINGSON,
McLAY & SCOTT
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

DANIEL D. ZEGURA - Georgia Bar No. 784822
(admission *pro hac vice* pending)
CHRISTOPHER M. GOLDEN - Georgia Bar No. 299539
(admission *pro hac vice* pending)
KERRI A. GILDOW (SBN 217859)
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224

Attorneys for Plaintiff
Baan USA, Inc.

**GRANTED**
*[Signature]*
Judge James Ware
3/2/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| BAAN USA, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMANCO HOLDING, INC.,<br>THE PLYCEM COMPANY INC.;<br>and; NUEVA HOLDING INC.<br>Defendant. | Case No. C07-01134 JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

///

///

///

131711

- 1 -

Dated: March 1, 2007                Respectfully submitted,

_____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JAMIE A. RADACK
HAYES, DAVIS, BONINO, ELLINGSON, MCLAY
& SCOTT LLP


DANIEL D. ZEGURA
(admission *pro hac vice* pending)
CHRISTOPHER M. GOLDEN
(admission *pro hac vice* pending)
KERRI A. GILDOW
ROGERS & HARDIN LLP

Attorneys for Defendant Baan USA, Inc.